AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

CLAYMON WHITE, individually and on behalf of all others similarly situated,
*Plaintiff*
v.
USA WASTE-MANAGEMENT RESOURCES, LLC
*Defendant*

) ) ) Case No. ) )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Claymon White - Plaintiff .

Date: 11/13/2026

/s/ Leanna Loginov
*Attorney's signature*

Leanna Loginov (Fed. No. 3909989)
*Printed name and bar number*

SHAMIS & GENTILE, P.A.
14 NE First Avenue, Suite 705
Miami, Florida 33132
*Address*

lloginov@shamisgentile.com
*E-mail address*

(305) 479-2299
*Telephone number*

(786) 623-0915
*FAX number*